## VEADER N. LEONARD et al. v. SHARPE & DOHME, INC.

[No. 29, October Term, 1940.]

*Decided November 13th, 1940.*

The cause was argued before BOND, C. J. PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*Randolph Barton, Jr.,* and *F. Fulton Bramble,* with whom was *Joseph Addison* on the brief, for appellants.

*Charles Markell,* with whom were *Henry S. Drinker* and *Philip Wallis* on the brief, for the appellee.

The opinion, which was delivered *Per Curiam,* affirms the decree, each party to pay its own costs.